

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DOUBLE H CONTRACTING, INC. and HECTOR HINOJOS, SR., | § | |
| | § | No. 08-23-00345-CV |
| Appellants, | | |
| | § | Appeal from |
| v. | | |
| | § | 384th District Court of |
| EL PASO WATER UTILITIES PUBLIC SERVICE BOARD, as Agent for THE CITY OF EL PASO; THE CITY OF EL PASO; | § | of El Paso County, Texas |
| ZTEX CONSTRUCTION, INC.; and TAO INDUSTRIES, INC. d/b/a HAWK | § | (TC# 2023-DCV-1654) |
| CONSTRUCTION, | § | |
| | | |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.